IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
[Greenbelt Division]

| | | |
|---|---|---|
| MARIA VASQUEZ, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Case No. PWG 12-2164 |
| | * | |
| MRS Associates, Inc., et al. | * | |
| | * | |
| Defendants | * | |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff Maria Vasquez and Defendant MRS Associates, Inc. and stipulate to the dismissal of the above-captioned civil action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party will bear her/its own costs and fees in connection with this case.

SO STIPULATED:

**/s/ Robinson S. Rowe**
Robinson S. Rowe, Esq., Bar No. 27752
1401 Rockville Pike, Suite 110
Rockville, MD 20852
TEL: 301-770-4710 / FAX: 301-770-4711

**/s/ Jordan Spivok**
Jordan Spivok, Esq., Bar No. 01253
Protas, Spivok & Collins, LLC.
4330 East West Highway, Suite 900
Bethesda, MD 20814

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June, 2013, a copy of the foregoing Stipulation of Dismissal was served via the Court's electronic filing system or via USPS first-class on all interested parties.

**/s/ Robinson S. Rowe**